IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QUENTON WILSON, )<br>No. K68637, )<br> )<br>           Plaintiff, )<br> )<br>vs. )<br> )<br>JUDGE THADDEUS WILSON, TOD M. )<br>URBAN, COOK COUNTY CRIMINAL )<br>DIVISION, VIENNA CORRECTIONAL )<br>CENTER, ILLINOIS BENCH,  and )<br>ILLINOIS BAR ASSOCIATION, )<br> )<br>           Defendants. ) | CIVIL NO. 13-cv-00485-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On May 23, 2013, Plaintiff Quenton Wilson brought suit pursuant to 42 U.S.C. § 1983 (Doc. 1).  By Order dated July 17, 2013, the complaint was dismissed without prejudice for failure to state a claim upon which relief could be granted, but Plaintiff was given until August 16, 2013, to file an amended complaint.  Plaintiff was cautioned that failure to file an amended complaint by the prescribed deadline could result in this action being dismissed (Doc. 8).

Plaintiff has not filed an amended complaint, and the deadline for doing so has passed.  It appears that Plaintiff has abandoned this action.  Pursuant to Federal Rule of Civil Procedure 41(b), dismissal for failure to comply with a court order is warranted; however, dismissal shall be without prejudice.  No strike shall be assessed under 28 U.S.C. § 1915(g).

**IT IS THEREFORE ORDERED** that, for the reasons stated, this action is **DISMISSED WITHOUT PREJUDICE**.  Judgment shall enter accordingly, closing this case.

DATED:  August 30, 2013

                                                            s/J. Phil Gilbert
                                                            **UNITED STATES DISTRICT JUDGE**